IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01061-ZLW

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Seg. Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP (DHO Hearing Officer),

    Defendants.




FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2006

GREGORY C. LANGHAM
                 CLERK

---

ORDER DENYING THIRD MOTION TO RECONSIDER

---

Plaintiff Tony E. Powell filed *pro se* on July 21, 2006, a motion titled "Motion to Alter or Amend Judgement [sic]," in which he asked the Court to reconsider and vacate the Order and Judgment of Dismissal filed on July 14, 2006. In an order entered on July 27, 2006, and filed on July 28, 2006, the Court denied the motion. Then on July 25, 2006, Mr. Powell filed *pro se* a document titled "Petition for Reconsideration Pursuant to Rule 60(B) [sic]." In the July 25 petition, Mr. Powell again asked the Court to reconsider and vacate the Order and Judgment of Dismissal filed on July 14. In an order entered on August 8, 2006, and filed on August 9, 2006, the Court denied the motion.

On September 29, 2006, Mr. Powell filed *pro se* a document titled "Petition to Reopen Case in the Above Caption and Provided Civil Action Number Herein." In the

September 29 petition, Mr. Powell yet again asks the Court to reconsider and vacate the Order and Judgment of Dismissal filed on July 14, 2006.

The Court must construe the petition liberally because Mr. Powell is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will treat the petition as a third motion to reconsider. For the reasons stated below, the third motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). *See id.* A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Powell's September 29, 2006, motion, which was filed more than ten days after the Court's Order and Judgment of Dismissal filed on July 14, 2006, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice for failure to cure because Mr. Powell failed within the time allowed to cure a deficiency designated in the June 5, 2006, order to cure. The basis for the dismissal is explained in detail in the July 14, 2006, dismissal order.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Powell fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion for reconsideration will be denied. Accordingly, it is

ORDERED that the document titled "Petition to Reopen Case in the Above Caption and Provided Civil Action Number Herein" submitted *pro se* on September 29, 2006, by Plaintiff Tony E. Powell seeking reconsideration of the July 14, 2006, order and judgment of dismissal, and which the Court has construed liberally as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this 25 day of Oct, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01061-BNB

Tony E. Powell
Reg. No. 61525-080
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/26/06

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk